## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JOAN R. RITTER,                    )
                                   )
      Plaintiff,                  )
                                   )
    v.                             )    C.A. No. 26-166-JLH-EGT
                                   )
THOMAS J. BURKE, GINA LANO,        )
JOSEPH THORNTON, and MICHAEL       )
FORREST,                           )
                                   )
      Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 14th day of July 2026:

WHEREAS, on March 11, 2026, Defendant Joseph Thornton filed a Motion to Dismiss (D.I. 18);

WHEREAS, on March 13, 2026, Defendant Michael Forrest filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) for Failure to State a Claim (D.I. 22);

WHEREAS, on March 13, 2026, Defendants Thomas J. Burke and Gina Lano filed a Motion to Dismiss for Failure to State a Claim (D.I. 23);

WHEREAS, on March 24, 2026, *pro se* Plaintiff Joan Ritter filed a Motion for Restraining Order (D.I. 28);

WHEREAS, on June 4, 2026, Magistrate Judge Eleanor G. Tennyson issued a Report and Recommendation ("R&R") (D.I. 48) in this action recommending that the Court grant Defendants' motions to dismiss (D.I. 18, 22, 23) and deny Plaintiff's motion for a restraining order (D.I. 28) as moot;

WHEREAS, no party filed objections pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finds no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that the R&R (D.I. 48) is ADOPTED. Defendants' Motions to Dismiss (D.I. 18, 22, 23) are GRANTED, and Plaintiff's Motion for Restraining Order (D.I. 28) is DENIED AS MOOT.  Plaintiff's Complaint is dismissed without prejudice, and Plaintiff is granted leave to file an Amended Complaint within 30 days of this Order. Failure to file an Amended Complaint will result in the case being closed.

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE